**Order entered December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01434-CR
## No. 05-13-01435-CR

**CAL MAURICE BUTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F06-65524-V, F06-65525-V**

## ORDER

The reporter's record has been filed in these appeals, but the clerk's records have not been filed. The trial court has certified appellant has the right to appeal and has appointed counsel to represent appellant.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records by **JANUARY 6, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
           JUSTICE